AO 440 (Rev. DC - September 2003) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### District of Columbia

THE EQUAL RIGHTS CENTER

**RECEIVED**
JUN 1 4 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

## SUMMONS IN A CIVIL CASE

V.

KETTLER and
KETTLER MANAGEMENT CORP.

Case: 1:07-cv-01017
Assigned To : Walton, Reggie B.
Assign. Date : 6/6/2007
Description: Civil Rights-Non Employ.

TO: (Name and address of Defendant)

Kettler
a Virginia Corporation,
1751 Pinnacle Drive, Suite 700
McLean, Virginia 22102

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Douglas W. Baruch, Esquire
Fried, Frank, Harris, Shriver & Jacobson LLP
1001 Pennsylvania Avenue, N.W.
Suite 800
Washington, D.C. 20004-2505

an answer to the complaint which is served on you with this summons, within _____20_____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

NANCY MAYER-WHITTINGTON                    JUN - 6 2007
CLERK                                       DATE

(By) DEPUTY CLERK

U.S. DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

The Equal Rights Center, a not-for-profit membership organization

vs.

Kettler, a Virginia corporation, et al.

No. 1:07-CV-01017

**AFFIDAVIT OF SERVICE**

to wit: Washington, DC

    I, ROBERT PROFFITT, having been duly authorized to make service of the Summons; Notice of Right to Consent to Trial Before United States Magistrate Judge; Complaint for Declaratory and Injunctive Relief, and for Damages; Addendum A; and Initial Electronic Case Filing Order in the above entitled case, hereby depose and say:

    That my date of birth / age is 11-26-1955.

    That my place of business is 1827 18th Street, N.W., Washington, D.C. 20009 (202) 667-0050.

    That service was made by a private process server.

    That I am not a party to or otherwise interested in this suit.

    That at 1:10 pm on June 7, 2007, I served Kettler, a Virginia corporation at 1751 Pinnacle Drive, Suite 700, McLean, Virginia 22102 by serving Mr. Ricks, Officer, authorized to accept. Described herein:

```
    SEX-   MALE
    AGE-   40
 HEIGHT-   6'0"
   HAIR-   BROWN
 WEIGHT-   220
   RACE-   BLACK
```

    I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the RETURN of SERVICE and STATEMENT OF SERVICE FEES is true and correct.

Executed on  6-8-07
           Date

ROBERT PROFFITT
1827 18th Street, N.W.,
Washington, D.C. 20009
Our File#- 189269

AO 440 (Rev. DC - September 2003) Summons in a Civil Action

RECEIVED  
DISTRICT OF COLUMBIA  
2007 JUN 13 PM 4:55  
NANCY M.  
MAYER-WHITTINGTON  
CLERK

# UNITED STATES DISTRICT COURT
## District of Columbia

THE EQUAL RIGHTS CENTER

**SUMMONS IN A CIVIL CASE**

V.

KETTLER and  
KETTLER MANAGEMENT CORP.

Case: 1:07-cv-01017  
Assigned To : Walton, Reggie B.  
Assign. Date : 6/6/2007  
Description: Civil Rights-Non Employ.

TO: (Name and address of Defendant)

Kettler Management Corp.,  
a Virginia Corporation,  
1751 Pinnacle Drive, Suite 700  
McLean, Virginia 22102

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Douglas W. Baruch, Esquire  
Fried, Frank, Harris, Shriver & Jacobson LLP  
1001 Pennsylvania Avenue, N.W.  
Suite 800  
Washington, D.C. 20004-2505

an answer to the complaint which is served on you with this summons, within __20__ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

NANCY MAYER-WHITTINGTON                 JUN - 6 2007
CLERK                                    DATE

_(signature)_  
(By) DEPUTY CLERK

U.S. DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

The Equal Rights Center, a not-for-profit membership organization

vs.

Kettler, a Virginia corporation, et al.

No. 1:07-CV-01017

**AFFIDAVIT OF SERVICE**

to wit: Washington, DC

    I, ROBERT PROFFITT, having been duly authorized to make service of the Summons; Notice of Right to Consent to Trial Before United States Magistrate Judge; Complaint for Declaratory and Injunctive Relief, and for Damages; Addendum A; and Initial Electronic Case Filing Order in the above entitled case, hereby depose and say:

    That my date of birth / age is 11-26-1955.

    That my place of business is 1827 18th Street, N.W., Washington, D.C. 20009 (202) 667-0050.

    That service was made by a private process server.

    That I am not a party to or otherwise interested in this suit.

    That at 1:10 pm on June 7, 2007, I served Kettler Management Corp., a Virginia corporation at 1751 Pinnacle Drive, Suite 700, McLean, Virginia 22102 by serving Mr. Ricks, Officer, authorized to accept. Described herein:

```
SEX-     MALE
AGE-     40
HEIGHT-  6'0"
HAIR-    BROWN
WEIGHT-  220
RACE-    BLACK
```

    I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the RETURN of SERVICE and STATEMENT OF SERVICE FEES is true and correct.

Executed on  6-8-07
           Date

ROBERT PROFFITT
1827 18th Street, N.W.,
Washington, D.C. 20009
Our File#- 189270