**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| EQUAL RIGHTS CENTER ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Case. No. 1:07-cv-01017 |
| ) | Judge Reggie B. Walton |
| KETTLER ) | |
| KETTLER MANAGEMENT CORP. ) | |
| ) | |
| Defendants ) | |

**NOTICE OF APPEARANCE**

To the Clerk of this court and all parties of record:

Please enter the appearances of Christopher B. Hanback and Rafe Petersen as counsel in this case for Defendants Kettler and Kettler Management Corp.


June 26, 2007                                      /s/
D.C. Bar No. 232579        Christopher B. Hanback
                           HOLLAND & KNIGHT, LLP
                           2099 Pennsylvania Avenue, N.W.
                           Suite 100
                           Washington, D.C. 20006
                           (202) 955 3000 Phone
                           (202) 955 5564 Fax
                           E-mail: christopher.hanback@hklaw.com


June 26, 2007                                      /s/
D.C. Bar No. 465542        Rafe Petersen
                           HOLLAND & KNIGHT, LLP
                           2099 Pennsylvania Avenue, N.W.
                           Suite 100
                           Washington, D.C. 20006
                           (202) 955 3000 Phone
                           (202) 955 5564 Fax
                           E-mail: rafe.petersen@hklaw.com

# 4632766_v1