**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

|  |  |
|---|---|
| EQUAL RIGHTS CENTER ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Case. No. 1:07-cv-01017 |
| ) | Judge Reggie B. Walton |
| KETTLER ) | |
| KETTLER MANAGEMENT CORP. ) | |
| ) | |
| Defendants. ) | |

**DEFENDANTS', KETTLER AND KETTLER MANAGEMENT CORPORATION'S, UNOPPOSED MOTION FOR EXTENSION OF TIME TO ANSWER COMPLAINT**

Defendants. Kettler and Kettler Management Corporation ("Defendants" or "Kettler") by undersigned counsel hereby motion this honorable Court for a 30 day extension of time to file the Answer and state as follows:

Since the Complaint was filed on June 6, 2007 Defendants have had discussions with Plaintiff and have been exploring opportunities to resolve the allegations it the Complaint. In addition, Defendants' counsel has only recently been retained in this matter and seeks adequate time to analyze the Complaint and to respond to the allegations. Therefore, Defendants request an additional 30 days to Answer the Complaint (the new due date being July 26, 2007).

Plaintiff has consented to Defendants' requested extension.

Respectfully submitted,
HOLLAND & KNIGHT, LLP

__/s/ Christopher B. Hanback_____
Christopher B. Hanback (Bar # 232579)
Rafe Petersen (Bar # 465542)
2099 Pennsylvania Avenue, N.W.
Suite 100
Washington, D.C. 20006
(202) 955 3000 Phone
(202) 955 5564 Fax
E-mail: christopher.hanback@hklaw.com
E-mail: rafe.petersen@hklaw.com
*Counsel for Kettler, et al.*

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

|  |  |
|---|---|
| EQUAL RIGHTS CENTER ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Case. No. 1:07-cv-01017 |
| ) | Judge Reggie B. Walton |
| KETTLER ) | |
| KETTLER MANAGEMENT CORP. ) | |
| ) | |
| Defendants ) | |

## **ORDER**

UPON CONSIDERATION OF Unopposed Motion of Defendants, Kettler and Kettler Management Corporation, for Extension of Time to Answer Complaint, it is by the United States District Court for the District of Columbia, this _____ day of _____ 2007, hereby

ORDERED that Defendants' Motion is GRANTED.

_____
United States District Judge