**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

|  |  |
|---|---|
| EQUAL RIGHTS CENTER )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>KETTLER )<br>KETTLER MANAGEMENT CORP. )<br>)<br>Defendants ) | Case. No. 1:07-cv-01017<br>Judge Reggie B. Walton |

### NOTICE OF APPEARANCE

To the Clerk of this court and all parties of record:

Please enter the appearance of Christopher B. Hanback as counsel in this case for Defendants Kettler and Kettler Management Corp.

June 26, 2007                                       /s/
D.C. Bar No. 232579                      Christopher B. Hanback
                                         HOLLAND & KNIGHT, LLP
                                         2099 Pennsylvania Avenue, N.W.
                                         Suite 100
                                         Washington, D.C. 20006
                                         (202) 955 3000 Phone
                                         (202) 955 5564 Fax
                                         E-mail: christopher.hanback@hklaw.com

# 4632766_v1