UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| EQUAL RIGHTS CENTER, )<br>)<br>Plaintiff )<br>)<br>v. )<br>)<br>KETTLER and )<br>KETTLER MANAGEMENT CORP., )<br>)<br>Defendants. )<br>) | Civil Action No. 07-1017 (RBW) |

**ORDER**

Based on the representations of the parties at the initial scheduling conference in this case held on September 28, 2007, and in accordance with the oral orders of the Court issued at that conference, it is

**ORDERED** that this case is assigned to the Court's Standard Track. It is further

**ORDERED** that each party to this case shall propound no more than twenty-five (25) interrogatories and shall conduct no more than ten (10) depositions with respect to each party in the case. It is further

**ORDERED** that the disclosures required by Federal Rule of Civil Procedure 26(a)(1) shall be made no later than October 12, 2007. It is further

**ORDERED** that any motion by any party in this case to join additional parties or amend a pleading in this case shall be filed no later than November 30, 2007. It is further

**ORDERED** that fact discovery in this case shall close on March 31, 2008. It is further

**ORDERED** that expert discovery in this case shall close on June 6, 2008.  It is further

**ORDERED** that dispositive motions in this case shall be filed no later than July 7, 2008, that oppositions thereto shall be filed no later than August 8, 2008, and that reply memoranda in support of dispositive motions shall be filed no later than August 25, 2008.  It is further

**ORDERED** that the parties shall appear before this Court for a pre-trial conference on November 7, 2008.

**SO ORDERED** this 1st day of October, 2007.


                                        REGGIE B. WALTON
                                        United States District Judge