AO 458 (Rev. 11/04 DC)-Appearance

# United States District Court
# For the District of Columbia

EQUAL RIGHTS CENTER

       Plaintiff(s)    )   **APPEARANCE**
                              )
       vs.           )   CASE NUMBER   1:07-cv-1017 (RBW)

KETTLER and
KETTLER MANAGEMENT CORP.
       Defendant(s)

To the Clerk of this court and all parties of record:

Please enter the appearance of __Elizabeth L. Phelps__ as counsel in this
                            (Attorney's Name)

case for: __Kettler and Kettler Management Corp.__
               (Name of party or parties)

__10/01/07__
Date

__502026__
BAR IDENTIFICATION

*[Signature]*
Signature

__Elizabeth L. Phelps__
Print Name

__2099 Pennsylvania Ave., N.W.__
Address

__Washington, DC   20006__
City      State      Zip Code

__202-663-7273__
Phone Number