**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

|  |  |  |
|---|---|---|
| THE EQUAL RIGHTS CENTER, | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | Case No. 1:07-cv-01017-RBW |
| | ) | Judge Reggie B. Walton |
| KETTLER, *et al.*, | ) ) | |
| Defendants. | ) ) | |

**PLAINTIFF'S INITIAL DISCLOSURES TO DEFENDANTS**
**PURSUANT TO FED. R. CIV. P. 26(a)(1)**

Plaintiff The Equal Rights Center ("ERC"), by and through its undersigned counsel,

and pursuant to Rule 26(a)(1) of the Federal Rules of Civil Procedure and this Court's

Scheduling Order, hereby submits its initial disclosures relating to its claims against Kettler

and Kettler Management Corp. (collectively, "Kettler" or "Defendants"). The ERC submits

these initial disclosures based upon the information within its possession, custody, and control

and reasonably available to it as of the date of these disclosures. Pursuant to Federal Rule of

Civil Procedure 26(e), the ERC does so without prejudice to its right to amend or supplement

its responses at a later time, or to use or rely upon, at any time, including trial, subsequently-

discovered information, documents, or witnesses inadvertently omitted from these disclosures.

To the extent that Defendants disclose, or the ERC discovers (through discovery or further

investigation) individuals/entities possessing or documents containing additional categories of

knowledge, the ERC reserves the right to amend and supplement these disclosures. By

providing this information, the ERC reserves and does not waive any objections to the

admission of any documents at trial, or the admission of information contained therein, on grounds of privilege, relevance, hearsay, or any other grounds of objection.

## I.    RULE 26(a)(1)(A) - WITNESSES

The ERC hereby identifies individuals likely to have discoverable information that the ERC may use to support its claims.  For each individual identified, the ERC details the general categories of knowledge that the ERC believes that individual may possess.  All individuals identified may be contacted through counsel of record for the ERC.

### A.    Individuals Currently or Formerly Affiliated with the ERC

1.    Rabbi Bruce E. Kahn – ERC Executive Director

Rabbi Kahn may have discoverable information on the following subjects:

a.    The ERC's operations and overall mission, including its efforts and programs to identify, challenge, and eliminate discrimination in housing, public accommodations, employment, and governmental services through counseling, outreach, education, research, testing, enforcement, and advocacy.

b.    The damages the ERC has suffered due to the frustration of its mission and the diversion of significant and scarce financial and organizational resources to identify, investigate, and counteract Kettler's discriminatory policies and practices.

c.    The ERC's investigation and testing in this action, including the process and procedures the ERC used to perform the "testing" of sixteen of the Kettler properties to determine their compliance with the accessibility standards of the FHA and the ADA, and the results of that testing.

d.    The ERC's "floor-plan review" in this action, including the process and procedures the ERC used to review the floor plans of the Subject Properties to

determine the existence of common elements of design with the Tested Properties as they relate to compliance with the accessibility standards of the FHA and the ADA, and the results of that review.

      2.      <u>Rebecca Crootof</u> – ERC National Program Manager

Ms. Crootof may have discoverable information on the following subjects:

      a.      The ERC's overall mission, including its efforts and programs to identify, challenge, and eliminate discrimination in housing, public accommodations, employment, and governmental services through counseling, outreach, education, research, testing, enforcement, and advocacy.

      b.      The damages the ERC has suffered due to the frustration of its mission and the diversion of significant and scarce financial and organizational resources to identify, investigate, and counteract Kettler's discriminatory policies and practices.

      c.      The ERC's investigation and testing in this action, including the process and procedures the ERC used to perform the "testing" of sixteen of the Kettler properties to determine their compliance with the accessibility standards of the FHA and the ADA, and the results of that testing.

      d.      The ERC's "floor-plan review" in this action, including the process and procedures the ERC used to review the floor plans of the Subject Properties to determine the existence of common elements of design with the Tested Properties as they relate to compliance with the accessibility standards of the FHA and the ADA, and the results of that review.

      3.      <u>Jessica Lightfoot</u> – Former ERC Director of Investigations

Ms. Lightfoot may have discoverable information on the following subjects:

a.      The ERC's overall mission, including its efforts and programs to identify, challenge, and eliminate discrimination in housing, public accommodations, employment, and governmental services through counseling, outreach, education, research, testing, enforcement, and advocacy.

b.      The damages the ERC has suffered due to the frustration of its mission and the diversion of significant and scarce financial and organizational resources to identify, investigate, and counteract Kettler's discriminatory policies and practices.

c.      The ERC's investigation and testing in this action, including the process and procedures the ERC used to perform the "testing" of some or all of the sixteen Kettler properties to determine their compliance with the accessibility standards of the FHA and the ADA, and the results of that testing.

4.      Arlene Corbin-Lewis – Former ERC Director of Communications

Ms. Corbin-Lewis may have discoverable information on the following subjects:

a.      The ERC's overall mission, including its efforts and programs to identify, challenge, and eliminate discrimination in housing, public accommodations, employment, and governmental services through counseling, outreach, education, research, testing, enforcement, and advocacy.

b.      The damages the ERC has suffered due to the frustration of its mission and the diversion of significant and scarce financial and organizational resources to identify, investigate, and counteract Kettler's discriminatory policies and practices.

5.      Pooja Bavishi – ERC Project Coordinator

6.      Ezinwanne Hawkins – ERC Fair Housing Program Manager

The individuals identified above may have discoverable information on the following subjects:

   a.    The ERC's overall mission, including its efforts and programs to identify, challenge, and eliminate discrimination in housing, public accommodations, employment, and governmental services through counseling, outreach, education, research, testing, enforcement, and advocacy.

   b.    The ERC's investigation and testing in this action, including the process and procedures the ERC used to perform the "testing" of sixteen of the Kettler properties to determine their compliance with the accessibility standards of the FHA and the ADA, and the results of any testing in which they were involved.

   7.    David Alpher – ERC Property Tester

   8.    Shauna Eisenberg – ERC Property Tester

   9.    Glen Anthony James – ERC Property Tester

   10.    James Miller – ERC Property Tester

   11.    Monique Moore – ERC Property Tester

The individuals identified above may have discoverable information on the ERC's investigation and testing in this action, including the process and procedures the ERC used to perform the "testing" of sixteen of the Kettler properties to determine their compliance with the accessibility standards of the FHA and the ADA, and the results of any testing in which they were involved.

   12.    Katrina Tai – Former ERC Intern

Ms. Tai may have discoverable information on the ERC's "floor-plan review" in this action, including the process and procedures the ERC used to review the floor plans of the

Subject Properties to determine the existence of common elements of design with the Tested

Properties as they relate to compliance with the accessibility standards of the FHA and the

ADA, and the results of that review.

    13.  <u>Eric Singleton</u> – Former ERC Intern

   Mr. Singleton may have discoverable information on the ERC's testing procedures used

to perform the "testing" of The Metropolitan at Pentagon City, one of the sixteen Kettler

properties tested to determine its compliance with the accessibility standards of the FHA and

the ADA, and the results of that testing.

    14.  <u>Kathleen Walsh</u> – Former ERC Disability Rights Program Manager

   Ms. Walsh may have discoverable information on the ERC's testing procedures used to

perform the "testing" of Springfield Crossing, one of the sixteen Kettler properties tested to

determine its compliance with the accessibility standards of the FHA and the ADA, and the

results of that testing.

  **B.**  **Third Parties**

    1.  <u>Peter Stratton</u> – Steven Winter Associates, Inc.

    2.  <u>Mark Jackson</u> – Steven Winter Associates, Inc.

    3.  <u>Denee Hayes</u> – Steven Winter Associates, Inc.

   The ERC's counsel has retained Steven Winter Associates, Inc. to serve as the ERC's

accessibility experts in this action.  These experts may have discoverable information relating

to the accessibility requirements of the FHA and the ADA and compliance therewith, including

the existence of violations of the FHA and the ADA at the Subject Properties.

II.     **RULE 26(a)(1)(B) - DOCUMENTS**

The ERC describes by category and location all documents that are in its possession, custody, and control that it may use to support its claims.[1]  These documents relate to the following subjects:

1.      The ERC's overall mission, including its efforts and programs to identify, challenge, and eliminate discrimination in housing, public accommodations, employment, and governmental services through counseling, outreach, education, research, testing, enforcement, and advocacy;

2.      The testing procedures used to perform the "testing" of Kettler's properties to determine their compliance with the accessibility standards of the FHA and the ADA;

3.      The results of the ERC's "testing" of Kettler's properties;

4.      The process and procedures used to review and analyze the floor plans of Kettler's properties to determine the existence of common elements of design at those properties;

5.      The results of the ERC's "floor-plan review" of Kettler's properties; and

6.      The ERC's claims of damages, including the frustration of its mission and the diversion of its scarce resources to identify, investigate, and counteract Kettler's discriminatory policies and practices.

The documents listed above are located either at the ERC's office, or at the Washington, D.C. office of Fried, Frank, Harris, Shriver & Jacobson LLP.

III.    **Rule 26(a)(1)(C) – DAMAGES**

The ERC has suffered several categories of damages, as set forth below.  This damages analysis is preliminary and premised on information presently available.  The ERC expects

---

[1]      The ERC specifically excludes from production all documents and information which are protected by the attorney-client privilege and/or the work product doctrine.  The ERC does not waive its rights to object to the disclosure of or to exclude from discovery any documents described herein.

discovery and testimony in this action to provide more detailed information regarding the amounts and categories of damages at issue.

1.      The ERC has incurred expenses in the course of researching, investigating, testing, and evaluating the properties set forth in the Complaint.  These activities required the diversion of significant and scarce financial and organizational resources from the ERC's efforts and programs to promote civil rights in the areas of fair housing and public accommodations, fair employment, and equal access to governmental services throughout the United States, including through providing counseling, outreach, educational, advocacy, and referral services.

2.      In addition, the ERC has incurred expenses in its efforts to counteract the effect of Kettler's discriminatory conduct.  These efforts have required the ERC to divert significant and scarce financial and organizational resources from its programs to provide counseling, outreach, educational, advocacy, and referral services.

3.      The ERC also has incurred damages relating to the frustration of its mission. The ERC has not yet calculated the amount of additional, prospective damages relating to any future efforts that will be required to remedy and counteract Defendants' violations of the FHA and the ADA.

4.      In addition to the above-described damages, the ERC is entitled to recover all attorneys' fees and costs incurred in connection with this action, in an amount to be determined at or near the close of this litigation.

The ERC has not yet retained an expert to perform damage calculations for the damages claimed above.  As a result, the ERC has not yet performed precise damage calculations, but will do so as required by the Court's scheduling orders.

**IV.     Rule 26(a)(1)(D) - INSURANCE**

As there are no claims pending against the ERC in this action, the issue of the ERC's

insurance coverage is inapplicable.

Date:  October 12, 2007                              Respectfully submitted,


/s/ Douglas W. Baruch
Douglas W. Baruch (D.C. Bar No. 414354)
Seth W. Greene (D.C. Bar No. 482610)
Alyssa C. Lareau (D.C. Bar No. 494881)
FRIED FRANK HARRIS SHRIVER & JACOBSON LLP
1001 Pennsylvania Avenue, N.W., Suite 800
Washington, D.C. 20004
Tel:      (202) 639-7000
Fax:      (202) 639-7003
E-mail:  douglas.baruch@friedfrank.com


and


Isabelle M. Thabault (D.C. Bar No. 318931)
Donald L. Kahl (D.C. Bar No. 489472)
WASHINGTON LAWYERS' COMMITTEE
FOR CIVIL RIGHTS AND URBAN AFFAIRS
11 Dupont Circle, N.W., Suite 400
Washington, D.C. 20036
Tel:      (202) 319-1000
Fax:      (202) 319-1010
E-mail:  Isabelle_Thabault@washlaw.org
            Don_Kahl@washlaw.org

*Attorneys for Plaintiff The Equal Rights Center*