UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| THE EQUAL RIGHTS CENTER,  )<br>  )<br>      Plaintiff,  )<br>  )<br>  v.  )<br>  )<br>KETTLER, *et al.*,  )<br>  )<br>      Defendants.  ) | Case No. 1:07-cv-01017-RBW<br>Judge Reggie B. Walton |

### **DEFENDANT'S RULE 26(a)(1) INITIAL DISCLOSURES**

Pursuant to Federal Rule of Civil Procedure 26(a)(1), Defendants Kettler, *et al.* by undersigned counsel, hereby make the following Initial Disclosures to Plaintiff Equal Rights Center.

**A. Individuals Likely to Have Discoverable Information Relevant to the Facts Alleged in the Pleadings:**

  1. A list of Kettler employees (current and former) who are likely to have information regarding Kettler's role related to the design and construction of its properties is attached hereto as Exhibit A.

  2. A list of Kettler property managers who are likely to have information regarding the design and construction of specific Kettler properties is attached hereto as Exhibit B.

  3. A list of design professional with whom Kettler has worked and who are likely to have information regarding the design and construction of the Subject Properties is attached hereto as Exhibit C.

**B. Description and Location of Documents Which Refer or Relate to Any Allegation or Defense Asserted in This Proceeding:**

  The following categories of documents, data compilations, and tangible things Plaintiff may use to support its claims are in the custody of Holland & Knight, LLP, 2099 Pennsylvania Avenue, Suite 100, Washington, DC 20006.

  1. Site plans, floor plans, surveys, and various other plans and maps related to the Subject Properties as they are kept in the normal course of business.

2. Agreements and correspondences between Kettler and its design professionals related to the Subject Properties as they are kept in the normal course of business.

3. Tenant files related to the Subject Properties as they are kept in the normal course of business.

4. Design and construction files related to the Subject Properties as they are kept in the normal course of business.

**C. Computation of Damages:**

Not applicable.

**D. Insurance Agreements Which Might Cover Any Judgment Rendered in This Proceeding:**

Defendant will produce any relevant insurance agreements for Plaintiff's inspection and copying at a time and place convenient to both parties.

> Respectfully submitted,
> HOLLAND & KNIGHT, LLP
> /s/ Christopher B. Hanback
> Christopher B. Hanback (Bar # 232579)
> Rafe Petersen (Bar # 465542)
> Elizabeth Phelps (Bar # 502026)
> 2099 Pennsylvania Avenue, N.W.
> Suite 100
> Washington, D.C. 20006
> (202) 955 3000 Phone
> (202) 955 5564 Fax
> E-mail: christopher.hanback@hklaw.com
> E-mail: rafe.petersen@hklaw.com
> E-mail: libby.phelps@hklaw.com
> *Counsel for Kettler and Kettler Management Corp.*

**CERTIFICATE OF SERVICE**

I hereby certify that a true and accurate copy of the foregoing Defendants' Initial Disclosures was served by electronic filing this 12th day of October, 2007, on the following:

Douglas W. Baruch, Esq.
FRIED, FRANK, HARRIS, SHRIVER & JACOBSON LLP
1001 Pennsylvania Avenue, NW
Suite 800
Washington, DC 20004

Isabelle M. Thabault, Esq.
Washington Lawyers' Committee for Civil Rights and Urban Affairs
11 Dupont Circle, NW
Suite 400
Washington, DC 20036

   /s/ Christopher B. Hanback

Christopher B. Hanback

# 4853607_v1

## EXHIBIT A
## Kettler Employees

**John Chappelear**
(703)641-9000
1751 Pinnacle Dr. #700
McLean, VA 22102

**Wayne Hobbs**
(703)641-9000
1751 Pinnacle Dr. #700
McLean, VA 22102

**Cindy Clare**
(703)641-9000
1751 Pinnacle Dr. #700
McLean, VA 22102

**Mike Blum**
(703)641-9000
1751 Pinnacle Dr. #700
McLean, VA 22102

**Sarah Davidson**
(703)641-9000
1751 Pinnacle Dr. #700
McLean, VA 22102

**Pamela Tyrrell**
(703)641-9000
1751 Pinnacle Dr. #700
McLean, VA 22102

**John Longo**
(703)641-9000
1751 Pinnacle Dr. #700
McLean, VA 22102

**Tim Clarke**
(703)641-9000
1751 Pinnacle Dr. #700
McLean, VA 22102

**Janice Navarro-Chan**
(703)641-9000
1751 Pinnacle Dr. #700
McLean, VA 22102

**Edward Murn**
(703)641-9000
1751 Pinnacle Dr. #700
McLean, VA 22102

**Jim Turner**

(703)641-9000
1751 Pinnacle Dr. #700
McLean, VA 22102

**Gerry Gurgick**
(703)641-9000
1751 Pinnacle Dr. #700
McLean, VA 22102

**Angela Keel**
(703)641-9000
1751 Pinnacle Dr. #700
McLean, VA 22102

**Brian Andrews**
(703)641-9000
1751 Pinnacle Dr. #700
McLean, VA 22102

**David Moore**
(703)641-9000
1751 Pinnacle Dr. #700
McLean, VA 22102

**Dick Knapp (former)**
(240) 499-9600
9600 Blackwell Rd. Ste. 200
Rockville, Maryland 20850

**Don Hague (former)**
(703) 370-7363
4801 Kenmore Ave., Suite 122
Alexandria, VA 22304

**Michael Eastwood (former)**
(703) 370-7363
4801 Kenmore Ave., Suite 122
Alexandria, VA 22304

**Greg Lamb (former)**
(703) 847-0900
8300 Greensboro Dr. Ste. 600
McLean, VA 22102

**Tracy Dalton (former) –deceased**
no next employer information available

**Nicholas Pasanella (former)**
no next employer information available

**Sean Griffin (former)**
no next employer information available

### ERC Property List

| County | # | Property | PM | Legal Name | Units | Phone | Back Line | Fax | Street Address | City | State | Zip |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Loudoun | 621 | Cascades Overlook | Pamela Sines | Potomac Lakes, L.P. | 360 | 703-406-0066 | 703-406-0087 | 703-406-2878 | 20803 Wallingford Square | Sterling | VA | 20165 |
| Fairfax | 910 | Chantilly Crossing | Cecile Palanca | Westgate Apartments, L.P. | 360 | 703-263-7630 | 703-263-7950 | 703-263-9224 | 13950 Rockland Village Drive | Chantilly | VA | 20151 |
| Prince William | 850 | County Center Crossing | Brent Barnwell | Town Center Apartments, L.P. | 224 | 703-680-1185 | | 703-680-1186 | 7000 Lakota Drive | Woodbridge | VA | 22192 |
| Culpeper | 240 | Culpeper Commons | Dianne Bray | Culpeper Commons, L.P. | 142 | 540-829-8595 | 540-829-8597 | 540-829-8596 | 1301 Spring Meadow Ln. | Culpeper | VA | 22701 |
| Prince William | 350 | Glen Ridge Commons | Cathy Johnson | Glen Ridge Commons, L.P. | 140 | 703-670-7744 | 703-897-0299 | 703-670-8493 | 12810 Island House Loop | Woodbridge | VA | 22193 |
| Warrenton | 400 | Highland Commons | Lisa Corrales | Highland Commons, L.P. | 96 | 540-341-7400 | 540-341-7851 | 540-341-7851 | 12 Walker Drive #104 | Warrenton | VA | 20186 |
| Arlington | 750 | Met @ Pentagon City | Traci Johnson | Pentagon Park LLC | 325 | 703-416-0800 | 703-416-2243 | 703-416-2466 | 901 S. 15th Street | Arlington | VA | 22206 |
| Arlington | 570 | Met @ Pentagon Row | Moravia Ensmenger | Metropolitan @ Pentagon Row, L.L.C. | 326 | 703-413-0999 | | 703-413-0970 | 1401 S. Joyce Street | Arlington | VA | 22202 |
| Fairfax | 150 | Met @ Reston Town Center | Adanise Cross | Metropolitan Reston Apartments LLC | 288 | 703-707-9640 | | 703-707-9625 | 1855 Saint Francis St. | Reston | VA | 20190 |
| Fairfax | 360 | Met of Fairfax | Erin Motz | Great Oaks, | 244 | 703-787-0707 | 703-787-9451 | 703-787-9669 | 13161 Fox Hunt Lane | Herndon | VA | 20171 |
| Fairfax | 370 | Sanger Place | Mohammed Ali | Gunston Commons, L.P. | 182 | 703-495-8484 | 703-690-0745 | 703-495-8585 | 9454 Orange Blossom Trail | Lorton | VA | 22079 |
| Front Royal | 800 | Shenandoah Commons | Lynnett Harris | Shenandoah Square, L.P. | 119 | 540-622-6846 | 540-622-6847 | 540-622-6848 | 9 Shenandoah Commons Way | Front Royal | VA | 22630 |
| Fairfax | 820 | Springfield Crossing | Glen Skutnik | Springfield Metro L.P. | 347 | 703-822-0111 | 703-822-0113 | 703-822-0114 | 6704 Metropolitan Center Drive | Springfield | VA | 22150 |
| Loudoun | 180 | The Fields at Cascades (Cascades Crossing) | Miranda Oneto | Cascades Commons, L.P. | 320 | 703-404-2000 | 703-404-2004 | 703-404-2003 | 21260 Huntington Square | Sterling | VA | 20166 |
| Fairfax | 110 | The Fields at Lorton Station (Kenton Crossing) | Vicki Bittinger | Armistead, L.P. | 248 | 703-339-4050 | 703-339-4092 | 703-339-4052 | 7800 Lewis Chapel Circle | Lorton | VA | 22079 |
| Fairfax | 580 | The Fields at Merrifield (Merrifield Commons) | Carlos Baez | Merrifield Commons, L.P. | 124 | 703-204-0414 | 703-204-2881 | 703-204-1260 | 2929 Stillwood Circle | Falls Church | VA | 22042 |
| Loudoun | 120 | The Fields of Ashburn (Ashburn Commons) | Barbara Smith (Deer Park in 30-days) | Ashburn Commons, L.P. | 174 | 703-858-5222 | 703-858-5922 | 703-858-5920 | 43848 Dodge Terrace | Ashburn | VA | 20147 |
| Montgomery | 550 | The Fields of Germantown (Kingsbury Crossing) | Sue Severance | Waters Landing, L.P., Locbury | 143 | 301-540-0800 | 301-540-2276 | 301-540-5131 | 12912 Falling Water Circle, #101 | Germantown | MD | 20874 |
| Fairfax | 470/480 | The Fields of Herndon (Stratford Crossing I/II) | Judy Greer | Jefferson Commons, L.P., Jefferson Commons II, L.P. | 288 | 703-713-0010 | 703-713-6357 | 703-713-0060 | 2450 Masons Ferry Drive | Herndon | VA | 20171 |
| Prince William | 130 | The Fields of Manassas (Ashton Commons) | Christy Day | Ashton Commons, L.P. | 180 | 703-331-0777 | 703-331-0763 | 703-331-0797 | 7431 Willoughby Ln. | Manassas | VA | 20109 |
| Loudoun | 201 | The Fields of Sterling (Chatham Commons) | Karrell Jimenez | Chatham Green, L.P. | 102 | 703-404-9711 | 703-404-9712 | 703-404-9714 | 46910 Shady Pointe Square | Sterling | VA | 20164 |
| District | 613 | Woodmont Crossing | Isabella Iyasere | Fort Stanton, L.P. | 176 | 202-678-7600 | | 202-678-6071 | 2327 Good Hope Court, S.E. | Washington | DC | 20020 |

**EXHIBIT C**
**Design Professionals & Contractors**

**Clark Realty Capital – Brian Drewen**
(703) 362-0150
4401 Wilson Blvd.
Arlington, VA 22203

**Lemay Erickson (formerly Lemay Associates, P.C.)**
(703) 956-5600
11250 Roger Bacon Dr. Ste. 16
Reston, VA 20190

**Donohoe Construction**
(202) 333-0880
2101 Wisconsin Ave. NW
Washington, DC 20007

**VIKA, Inc.**
(703) 442-7800
8180 Greensboro Dr. Ste. 200
McLean, VA 22102

**Bucher Meyers Polniaszek Silkey & Assoc. Inc (BMPS, Inc.)**
(301) 588-3100
8777 First Ave.
Silver Spring, MD 20910

**Foulger Pratt Construction, Inc.**
(240) 499-9600
9600 Blackwell Rd. Ste. 200
Rockville, Maryland 20850

**Land Design, Inc.**
(703) 549-7784
200 South Peyton Street
Alexandria, VA 22314

**Clark Realty Builders (formerly Omni Residential)**
(703) 294-4500
4401 Wilson Blvd.
Arlington, VA 22203

**Dewberry & Davis (now called Dewberry)**
(703) 849-0100
8401 Arlington Blvd.
Fairfax, VA 22031

**Kaufman & Meeks, Inc.**

**Monarch Construction (subsidiary of Trammel Crow)**
Trammel Crow
(703) 288-2600
8444 West Park Dr. Ste. 300
McLean, VA 22102

**Bowman Consulting**
(703) 464-1000
3863 Centerview Dr. Ste. 300
Chantilly, VA 20151

**Paciulli, Simmons & Associates, Ltd.**
(703) 934-0900
11212 Waples Mill Rd. Ste. 100
Fairfax, VA 22030

**Studio 39 Landscape Architecture P.C.**
(703) 719-6500
6416 Grovedale Dr. 100A
Alexandria, VA 22310

**Niles Bolton**
(703) 836-0915
300 N. Lee St. Ste. 502
Alexandria, VA 33214

**ATCS, P.L.C.**
(703) 430- 7500
45195 Business Ct. Ste. 100
Dulles, VA 20166

**Urban Engineering & Associates**
(703) 642-8080
7712 Little River Turnpike
Annandale, VA 22003

**Schools & Townsend PC**
(703) 368-8001
9252 Mosby St.
Manassas, VA 20110

**Engineering Group, Inc.**
(703) 670-0985
13625 Office Pl. Ste. 101
Woodbridge, VA 22192

**Heffner Architects PC**
(703) 549-7766
604 Montgomery St.
Alexandria, VA 22314

**Christopher Consultants, Ltd.**
(703) 273-6820
9900 Main St. Ste. 503
Fairfax, VA 22031

**Lewis Scully Gionet**
(703) 821-2045
1919 Gallows Rd. Ste. 110
Vienna, VA 22182

**WDG Architecture, PLLC**

(202) 857-8300
1025 Connecticut Ave. NW St. 300
Washington, DC 20036

**Bovis Lend Lease, Inc.**
(301) 951-3800
7315 Wisconsin Ave. Ste. 14
Bethesda, MD 20814

**The Lessard Architectural Group, Inc.**
(703) 760-9344
8521 Leesburg Pike Ste. 700
Vienna, VA 22182

**Cooper Carry**
(703) 519-6152
625 N. Washington St. Ste. 200
Alexandria, VA 22314

**BE&K**
(703) 761-4910
8000 Towers Crescent Dr. Ste. 650
Vienna, VA 22182

**Parker Rodriguez Inc.**
(703) 548-5010
101 N. Union St. Ste. 320
Alexandria, VA 22314