IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| THE EQUAL RIGHTS CENTER, )<br>   )<br>          Plaintiff, )<br>   )<br>   v. )<br>   )<br>KETTLER, *et al.*, )<br>   )<br>          Defendants. )<br>   ) | Case No. 1:07-cv-01017-RBW<br>Judge Reggie B. Walton |

**CONSENT MOTION TO AMEND SCHEDULING ORDER**

Plaintiff The Equal Rights Center ("ERC") and Defendants Kettler and Kettler Management Corp. (collectively, "Kettler") hereby jointly move the Court to amend the October 1, 2007 Scheduling Order ("Scheduling Order") in this case. The grounds for this Motion are as follows:

1. On October 1, 2007, following the Rule 16 Conference, this Court entered a Scheduling Order providing the following discovery and pre-trial dates:

   | | |
   |---|---|
   | March 31, 2008 | completion of fact discovery |
   | June 6, 2008 | completion of expert discovery |
   | July 7, 2008 | file dispositive motions |
   | August 8, 2008 | oppositions to dispositive motions |
   | August 25, 2008 | reply memoranda in support of dispositive motions, and |
   | November 7, 2008 | pre-trial conference |

2. Pursuant to this Scheduling Order, the parties have commenced discovery, including written discovery and property inspections.

3.     As the Court may recall, the parties indicated to the Court at the Rule 16 conference that they planned to explore opportunities to resolve this matter through negotiation rather than litigation.

4.     The parties have now agreed to a framework for these negotiations and believe that these negotiations would be more efficient and productive if the parties were not obliged to continue full-blown discovery, pursuant to the existing Scheduling Order, while the negotiations take place.

5.     The parties have agreed to, and therefore request that the Court permit, a 70-day hiatus in the discovery schedule in order to allow the negotiations to proceed.

6.     The parties have further agreed that if any party believes that the negotiations are no longer in that party's best interests, that party can terminate the negotiations on 10 days notice and that discovery would continue without further order from the Court.

7.     The parties therefore respectfully request the Court to amend the Scheduling Order as follows:

| | |
|---|---|
| June 9, 2008 | completion of fact discovery |
| August 15, 2008 | completion of expert discovery |
| September 15, 2008 | file dispositive motions |
| October 17, 2008 | oppositions to dispositive motions |
| November 3, 2008 | reply memoranda in support of dispositive motions, and |
| January 16, 2009 | pre-trial conference |

8.     The parties further agree that, if the Court amends the Scheduling Order as requested, the ERC will withdraw, without prejudice, as moot, Plaintiff's Motion To Amend Scheduling Order, dated November 29, 2007, which asked the Court to extend the deadline to join additional parties or amend the pleadings from November 30, 2007 to January 31, 2008. The attached proposed order provides for this relief as well.

WHEREFORE, the parties jointly request that this Consent Motion be granted.

Date:  December 6, 2007                                             Respectfully submitted,

/s/ Douglas W. Baruch                                               /s/ Christopher B. Hanback
Douglas W. Baruch (D.C. Bar No. 414354)         Christopher B. Hanback (D.C. Bar No. 232579)
Seth W. Greene (D.C. Bar No. 482610)             Rafe Petersen (D.C. Bar No. 465542)
Alyssa C. Lareau (D.C. Bar No. 494881)           HOLLAND & KNIGHT LLP
FRIED FRANK HARRIS SHRIVER                             2099 Pennsylvania Avenue, N.W., Suite 100
   & JACOBSON LLP                                               Washington, D.C. 20006
1001 Pennsylvania Avenue, N.W., Suite 800    Tel:     (202) 955-3000
Washington, D.C. 20004                                       Fax:    (202) 955-5564
Tel:     (202) 639-7000                                           E-mail:  christopher.hanback@hklaw.com
Fax:    (202) 639-7003
E-mail:  douglas.baruch@friedfrank.com           *Attorneys for Defendants Kettler and*
                                                                               *Kettler Management Corp.*

                             and

Isabelle M. Thabault (D.C. Bar No. 318931)
Donald L. Kahl (D.C. Bar No. 489472)
WASHINGTON LAWYERS' COMMITTEE
FOR CIVIL RIGHTS AND URBAN AFFAIRS
11 Dupont Circle, N.W., Suite 400
Washington, D.C. 20036
Tel:     (202) 319-1000
Fax:    (202) 319-1010
E-mail:  Isabelle_Thabault@washlaw.org
             Don_Kahl@washlaw.org

*Attorneys for Plaintiff The Equal Rights Center*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| THE EQUAL RIGHTS CENTER,<br><br>Plaintiff,<br><br>v.<br><br>KETTLER, *et al.*,<br><br>Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Case No. 1:07-cv-01017-RBW<br>Judge Reggie B. Walton |

## **[PROPOSED] ORDER**

Upon consideration of the parties' Consent Motion to Amend Scheduling Order, and good cause appearing, it is hereby

ORDERED, that the Motion is GRANTED, and it is

FURTHER ORDERED that the Scheduling Order in this case is hereby amended as follows:

| | |
|---|---|
| June 9, 2008 | completion of fact discovery |
| August 15, 2008 | completion of expert discovery |
| September 15, 2008 | dispositive motions deadline |
| October 17, 2008 | oppositions to dispositive motions deadline |
| November 3, 2008 | reply memoranda in support of dispositive motions deadline, and |
| January 16, 2009 | pre-trial conference |

And it is FURTHER ORDERED that Plaintiff's November 29, 2007 Motion to Amend Scheduling Order is hereby denied, without prejudice, as moot.

Dated: December __, 2007

                                                      REGGIE B. WALTON
                                                     United States District Judge