IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| THE EQUAL RIGHTS CENTER,<br><br>        Plaintiff,<br>v.<br><br>KETTLER, *et al.*<br><br>        Defendants. | Case No. 1:07-cv-01017-RBW<br>Judge Reggie B. Walton |

## JOINT STATUS REPORT AND
## CONSENT MOTION TO AMEND SCHEDULING ORDER

Plaintiff The Equal Rights Center ("ERC") and Defendants Kettler and Kettler Management Corp. (collectively "Kettler") hereby jointly provide the Court with a status report and move the Court to amend the December 10, 2007 Scheduling Order ("Scheduling Order") in this case. The ERC and Kettler report as follows:

1. The ERC filed this action against Kettler on June 6, 2007. Shortly thereafter, the parties commenced discussions concerning a possible resolution of this matter.

2. In December 2007, while fact discovery was ongoing, the parties submitted a Consent Motion to Amend Scheduling Order, requesting that the Court permit a hiatus in the discovery schedule to enable the parties to explore opportunities to resolve this matter through negotiation rather than litigation.

3. The Court granted the parties' request and, on December 10, 2007, entered a revised Scheduling Order (Minute Order).

4. The parties have been engaged in settlement discussions for the past several months, with each side exchanging written proposals. During this period, the parties jointly agreed to a discovery hiatus and that all parties would consent to a motion to amend the

scheduling order to extend all scheduling order deadlines in the event that settlement was not achieved.

5.  The settlement discussions have been protracted, in large part, due to the number of properties at issue in the litigation and the number of non-parties with an interest in those properties. While these settlement discussions have not yet resulted in a settlement agreement, the parties believe that further negotiation has the potential to lead to a final agreement within the next several weeks.

6.  In order to further pursue these negotiations, the parties have agreed to, and therefore request that the Court permit, a 45 day period during which the parties will continue to work toward a resolution of their disputes. In the event that a resolution is not reached during that period, the parties are prepared to reinitiate discovery, with fact discovery to be completed six months thereafter. As mentioned above, given the number of properties at issue in the litigation and the number of non-parties with an interest in those properties, a six-month discovery period is necessary to fully examine the claims involved in the case.

7.  The parties therefore respectfully request that the Court amend the Scheduling Order as follows:

| | |
|---|---|
| September 30, 2008 | discovery hiatus deadline |
| March 31, 2009 | close of fact discovery |
| May 29, 2009 | expert reports due |
| August 14, 2009 | expert rebuttal reports due |
| September 30, 2009 | close of expert discovery |
| November 13, 2009 | dispositive motions due |
| December 18, 2009 | oppositions to dispositive motions due |
| January 8, 2010 | replies in support of dispositive motions due |

       March 8, 2010       pre-trial conference

WHEREFORE, the parties jointly request that this Consent Motion be granted.

Date: August 14, 2008

Respectfully submitted,

| /s/ Douglas W. Baruch_____ | /s/ Christopher B. Hanback_____ |
|---|---|
| Douglas W. Baruch (D.C. Bar No. 414354) | Christopher B. Hanback (D.C. Bar No. 232579) |
| FRIED FRANK HARRIS SHRIVER & JACOBSON LLP | Rafe Petersen (D.C. Bar No. 465542) |
| 1001 Pennsylvania Avenue, N.W., Suite 800 | HOLLAND & KNIGHT LLP |
| Washington, D.C. 20004 | 2099 Pennsylvania Avenue, N.W., Suite 100 |
| Tel: (202) 639-7000 | Washington, D.C. 20006 |
| Fax: (202) 639-7003 | Tel: (202) 955-3000 |
| E-mail: douglas.baruch@friedfrank.com | Fax: (202) 955-5564 |
| | E-mail: christopher.hanback@hklaw.com |
| and | |
| | *Attorneys for Defendants Kettler and Kettler Management Corp.* |
| Isabelle M. Thabault (D.C. Bar No. 318931) | |
| WASHINGTON LAWYERS' COMMITTEE FOR CIVIL RIGHTS AND URBAN AFFAIRS | |
| 11 Dupont Circle, N.W., Suite 400 | |
| Washington, D.C. 20036 | |
| Tel: (202)319-1000 | |
| Fax: (202) 319-1010 | |
| E-mail: Isabelle Thabault@washlaw.org | |
| | |
| *Attorneys for Plaintiff The Equal Rights Center* | |

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____
                                    )
THE EQUAL RIGHTS CENTER,            )
                                    )
            Plaintiff,              )    Case No. 1:07-cv-01017-RBW
    v.                              )    Judge Reggie B. Walton
                                    )
KETTLER, *et al.*                   )
                                    )
            Defendants.             )
_____)

### [PROPOSED] ORDER

Upon consideration of the parties' Joint Status Report and Consent Motion to Amend Scheduling Order, and good cause appearing, it is hereby

ORDERED, that the Motion is GRANTED, and it is

FURTHER ORDERED that the Scheduling Order in this case is hereby amended as follows:

| Date | Event |
|---|---|
| September 30, 2008 | discovery hiatus deadline |
| March 31, 2009 | close of fact discovery |
| May 29, 2009 | expert reports due |
| August 14, 2009 | expert rebuttal reports due |
| September 30, 2009 | close of expert discovery |
| November 13, 2009 | dispositive motions due |
| December 18, 2009 | oppositions to dispositive motions due |
| January 8, 2010 | replies in support of dispositive motions due |
| March 8, 2010 | pre-trial conference |

Dated: August ___, 2008

_____
REGGIE B. WALTON
United States District Judge